In the Matter of the Application of SAMUEL WAX, MICHAEL CARLOZZO and MARY CARLOZZO, Respondents, for an Order Directing the Payment of Surplus or Such Part Thereof as the Court May Determine, to the Mortgagees, SAMUEL WAX, MICHAEL CARLOZZO and MARY CARLOZZO, to Apply Toward the Reduction and Payment of the Now Past Due Installments of Principal on the Second Mort-gage Covering Premises Located at North First and Berry Streets, Brooklyn, N. Y., and Owned by BERRY STREET GARAGE, INC., Pursuant to the Provisions of Sec-tion 1077-c of the Civil Practice Act. BERRY STREET GARAGE, INC., Appellant.— Order granting a motion under section 1077-c of the Civil Practice Act for the turning over of surplus moneys, relating to the six months' period of the operation

of certain mortgaged property otherwise subject of foreclosure, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.